PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for ANTHONY SAVALA**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAVALA,<br><br>             Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant | **CASE NO.:    2:15-CV-01136-CMK**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION SUMMARY JUDGEMENT |

IT IS HEREBY STIPULATED by and between the parties, through their

respective undersigned attorneys, and with the permission of the Court as evidenced below, that

the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

extended to the new filing date of February 3, 2016.  The extension is needed due to press of

business in plaintiff's attorney's office. The defendant shall respond to Plaintiff's motion for

summary judgment within 30 days of its filing (on or before March 7, 2016) due to this extension.

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE AND SERVE MSJ

This is the 1st request for extension by plaintiff.


Dated: 12/22/15                                    /s/ *Peter Brixie*
                                                   PETER BRIXIE
                                                   Attorney at Law
                                                   Attorney for Plaintiff



Dated: 12/22/15                                    /s/ *Marcelo N. Illarmo*
                                                   MARCELO N. ILLARMO
                                                   Special Assistant U. S. Attorney
                                                   Attorney for Defendant


                         __ooo__

                 APPROVED AND SO ORDERED



        Dated:  December 28, 2015

                                                   CRAIG M. KELLISON
                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE AND SERVE MSJ