PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for ANTHONY SAVALA**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAVALA,<br><br>         Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant | **CASE NO.:   2:15-CV-01136-CMK**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION SUMMARY JUDGEMENT |

      IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of April 4, 2016.  The extension is needed due the loss of my spouse. The defendant shall respond to Plaintiff's motion for summary judgment within 30 days of its filing (on or before May 4, 2016) due to this extension.

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE AND SERVE MSJ

This is the 2nd request for extension by plaintiff.

Dated: 1/22/16                             /s/ *Peter Brixie*
                                                            PETER BRIXIE
                                                            Attorney at Law
                                                           Attorney for Plaintiff


Dated: 1/22/16                             /s/ *Marcelo N. Illarmo*
                                                           MARCELO N. ILLARMO
                                                          Special Assistant U. S. Attorney
                                                           Attorney for Defendant


                                     __ooo__

                        APPROVED AND SO ORDERED

Dated:  January 28, 2016            _____
                                             CRAIG M. KELLISON
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE AND SERVE MSJ