BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SAVALA, JR.,<br><br>, <br><br>          Plaintiff,<br><br>          v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 2:15-cv-1136-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment will be extended by 45 days, from May 2, 2016 until June 16, 2016.

      This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because additional time is needed respond to Plaintiff's motion. In addition, Defendant's counsel will be on leave from May 12-30.

      The parties further stipulate that the Court's Scheduling Order (Dkt No. 5) shall be modified accordingly.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated:  April 26, 2016 |   | */s/  Peter Brixie* |
|   |   | (*as authorized via e-mail on April 26, 2016) |
|   |   | PETER BRIXIE |
|   |   | Attorney for Plaintiff |
|   |   |   |
| Dated:  April 26, 2016 |   | BENJAMIN B. WAGNER |
|   |   | United States Attorney |
|   |   | DEBORAH LEE STACHEL |
|   |   | Acting Regional Chief Counsel, Region IX |
|   |   | Social Security Administration |
|   | By: | */s/ Marcelo Illarmo* |
|   |   | MARCELO ILLARMO |
|   |   | Special Assistant United States Attorney |
|   |   |   |
|   |   | Attorneys for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  April 28, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE